UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

CHRISTOPHER J. STAWSKI, Individually
and on Behalf of Those Similarly Situated,

        Plaintiff,
and                                                   Case No. 06-C-918

DEAN SHERIDAN, Individually and on
Behalf of Those Similarly Situated,

        Consolidated Plaintiff,
v.

SECURED FUNDING CORPORATION,

        Defendant.

---

# ORDER

---

Plaintiffs, through their undersigned attorneys (hereinafter, collectively "Class Counsel"), filed Plaintiffs' Proposed Notice Plan on March 20, 2008. In that document, Class Counsel provides background regarding their efforts to obtain the names and addresses of Class members. Class Counsel also attached proposed Notices that are intended to be mailed to Class members on or before July 15, 2008.

The Court has reviewed Plaintiffs' Proposed Notice Plan and the proposed Notices attached thereto, and finds that the plan is reasonable under the circumstances of this case.

Given Secured Funding's refusal to comply with the Court's Order compelling discovery dated August 2, 2007, and the need for Class Counsel to obtain the

names and addresses of Class members by seeking additional discovery from Secured Funding and/or third parties;

**IT IS HEREBY ORDERED**:

1. Plaintiffs shall have until **July 1, 2008**, to seek additional discovery from Secured Funding and other third parties (such as Experian Information Solutions, Inc.) as part of their effort to obtain names and addresses of Class members.

2. On or before **July 15, 2008**, Plaintiffs shall provide Notice by United States First-Class mail, in the form attached to the Plaintiffs' Proposed Notice Plan as *Exhibit A*, to all Class members for whom it is able to obtain names and addresses through the above-described discovery.

3. In the event any third party having possession of the names and addresses of Class members refuses to release those names and addresses to Class Counsel, Plaintiffs shall instruct those third parties to provide notice, by United States First-Class mail, on or before **July 15, 2008**, in a form substantially similar to *Exhibit B* attached to the Plaintiffs' Proposed Notice Plan, and Class Counsel shall advance the reasonable costs of such notice, subject to the right to seek reimbursement for such notice costs from any amounts that Plaintiffs or Class Counsel collect from Secured Funding or any other responsible party in connection with this matter.

4. Class Counsel will advance the reasonable costs of the Notice program described above, subject to the right to be reimbursed for such costs by Secured

Funding and/or any responsible parties associated with Secured Funding (including, without limitation, any insurance, surety or bonding companies).

Dated at Milwaukee, Wisconsin, this 24th day of March, 2008.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge